**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Patricio ORTIZ–CARDENAS,**
**Defendant—Appellant.**

No. 05–30299.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Decided Aug. 4, 2006.

Jane M. Kirk, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff-Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Rebecca L. Pennell, Esq., Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Patricio Ortiz–Cardenas appeals from the sentence imposed by the district court following revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ortiz–Cardenas contends that the supervised release revocation procedure set forth in 18 U.S.C. § 3583 and Federal Rule of Criminal Procedure 32.1(b) is unconstitutional pursuant to *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), in that it does not provide for a jury determination of all facts beyond a reasonable doubt necessary to justify incarceration. This contention is foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220, 1224 (9th Cir.2006) (holding that "[b]ecause the revocation of supervised release and the subsequent imposition of additional imprisonment is, and always has been, fully discretionary, it is constitutional under *Booker,*" and that "[i]t is clear from *Booker* that there is no Sixth Amendment *Ap-*

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

*prendi* violation so long as the Guidelines are advisory").

Because Ortiz–Cardenas' challenge pursuant to *Apprendi* and *Booker* fails, we need not address Ortiz–Cardenas' contentions as to what remedy is applicable.

**AFFIRMED.**